UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANNY FORDHAM,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. C18-1535RAJ<br><br>ORDER GRANTING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

Before the court is Petitioner Danny Fordham's motion for appointment of counsel for purposes of evaluating whether he qualifies for a reduction in his sentence pursuant to the holding of the Supreme Court in *Johnson v. United States*, 135 S. Ct. 2551 (2015) (*See* Dkt. #1).

After review of Petitioner's motion, the court GRANTS Petitioner's motion for appointment of counsel. The Office of the Federal Public Defender has informed the court it has a direct conflict which would prohibit it from representing the Petitioner. Accordingly, the court directs the CJA coordinator to appoint counsel from the CJA panel to provide representation to Defendant with respect to a motion for a reduction in his sentence pursuant to *Johnson*.

DATED this 24th day of October, 2018.

*[signature]*

The Honorable Richard A. Jones
United States District Judge